Prob 12C (7/93)

# UNITED STATES DISTRICT COURT

for

**WESTERN DISTRICT OF TEXAS**

FILED
2026 OCT 21 PM 3:26
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Gerardo Contreras Jr.

**Case Number:** EP:25-CR-00179-LS(1)

**Name of Sentencing Judicial Officer:** Leon Schydlower, U.S. District Judge

**Date of Original Sentence:** July 21, 2025

**Original Offense:** Count One: Conspiracy to Transport Aliens, a violation of 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii), and (a)(1)(B)(i), and Count Two: Transporting Aliens, a violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(ii)

**Original Sentence:** Eighteen (18) months custody followed by three (3) years of supervised release as to each of Counts One and Two to be served concurrently

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** February 20, 2026

**Assistant U.S. Attorney:** Adam R. Hines **Defense Attorney:** Angelica Beatrice Carreon

### PREVIOUS COURT ACTION

On May 20, 2026, the Court modified the conditions of supervision to include that Contreras would participate and successfully complete a residential substance abuse treatment program.

On June 11, 2026, a Report on Offender Under Supervision was submitted by the probation officer notifying the Court of the following violation: On May 18, 2026, Contreras submitted a urine specimen which yielded a positive result for cocaine. The probation officer recommended no further adverse court action in lieu of allowing Contreras the opportunity to participate in a residential substance abuse treatment program. On June 15, 2026, the Court accepted the probation officer's recommendation, and no further action was taken.

### PETITIONING THE COURT

[X] To issue a warrant

[ ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

<u>**Violation Number 1:**</u> The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court), but the condition stated in

this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant.

**Nature of Noncompliance:** On October 5, 2026, Contreras reported to the U.S. Probation Office to provide a urine specimen for drug testing. While Contreras was providing the urine specimen, this officer observed Contreras acting nervously by continuously moving his shoulders and elbows, and attempting to shield himself away from this officer. Contreras provided a yellow-colored urine sample. Upon inspection of the urine specimen, this officer observed that the urine specimen did not activate the built-in temperature detection strip of the urine specimen cup and that the cup was cold to the touch. Contreras denied tampering with the urine specimen.

This officer observed a knotted end of a latex glove hanging from Contreras' front waistband in plain view. Contreras was directed to remove the latex glove from his waistband and he complied. The latex glove contained an unknown liquid. When questioned about the purpose of the glove containing the unknown liquid, Contreras again denied tampering with the urine specimen and stated he had to urinate while enroute to the U.S. Probation Office and he used the latex glove to hold the urine. Contreras later admitted he tampered with the urine specimen by using the liquid inside of the latex glove to fill the urine specimen cup. Upon emptying the contents of the glove, the yellow liquid matched the color of the sample provided by Contreras

**Violation Number 2:** The defendant shall participate in a substance abuse treatment program and follow the rules and regulations of that program. The program may include testing and examination during and after program completion to determine if the defendant has reverted to the use of drugs. The probation officer shall supervise the participation in the program (provider, location, modality, duration, intensity, etc.). During treatment, the defendant shall abstain from the use of alcohol and any and all intoxicants. The defendant shall pay the costs of such treatment if financially able

**Nature of Noncompliance:** As previously reported to the Court, on April 13, 17, and 22, 2026, Gerardo Contreras submitted urine specimens which yielded positive results for cocaine and ethyl glucuronide (alcohol). On May 1 and 18, 2026, Contreras submitted urine specimens which yielded positive results for cocaine. Additionally, Contreras admitted using alcohol on April 12, 2026, and admitted using cocaine on April 10 and 24, 2026, and on May 16, 2026.

**Violation Number 3:** The defendant shall answer truthfully the questions asked by the probation officer.

**Nature of Noncompliance:** As previously reported to the Court, on April 27, 2026, Contreras admitted only consuming alcohol on April 12, 2026, but denied the use of any other illicit substances. Later, on May 14, 2026, Contreras admitted he had also consumed cocaine on April 10 and 24, 2026.

Additionally, on October 5, 2026, Contreras initially denied tampering with a urine sample provided at the U.S. Probation Office. Contreras later admitted he tampered with the urine specimen he provided by using a liquid inside a latex glove hidden in his waistband to fill the urine specimen cup.

## U.S. Probation Officer Recommendation:

The term of supervision should be

**[X]** revoked.

**[ ]** extended for __________ years, for a total term of ____________ years.

**[ ]** modified as follows:

Respectfully submitted,

Mario A. Rueda
U.S. Probation Officer
Office (915) 585-6560
Cellular (915) 822-9574
Date: October 16, 2026

Approved by,

Emilia Caro-Sanchez
Supervising U.S. Probation Officer
Office (915) 585-6582
Cellular (915) 861-8795

---

**THE COURT ORDERS:**

[ ] No action.

[✓] The issuance of a warrant.

[ ] The issuance of a summons.

[ ] Other

______________________________
Leon Schydlower, U.S. District Judge

10/19/26
______________________________
Date