AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

Received
OCT 22 2026
USMS W/TX
El Paso

WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.

**WARRANT FOR ARREST**

**GERARDO CONTRERAS JR.**

**CASE NUMBER: EP-25-CR-00179 LS(1)**

FILED
2026 NOV -9 A 11:11
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY

**To:** **The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest **Gerardo Contreras, Jr.**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [X] TSR Violation Petition
charging him/her with

## VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

in violation of Title 18 United States Code, Section(s) 3583

Philip J. Devlin
Name of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

Naomi Almanza
Signature of Issuing Officer

October 21, 2026, El Paso, TX
Date and Location

Bail fixed at $ to be determined

by Philip J. Devlin
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | Executed by USMS<br>On November 6, 2026<br>In El Paso, Texas | |